*Theodore Kiendl* and *William R. Meagher* for appellant.

*Harry E. Kreindler, Max J. Wolff* and *Emanuel Rothstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. FULD, J., dissents upon the ground that the record is devoid of any evidence that defendant was guilty of negligence.

In the Matter of ALEX A. FABRICANT et al., Appellants, against CITY OF NEW YORK, Respondent.

Argued November 30, 1948; decided January 6, 1949.

*Philip Korn* and *Jacob S. Spiro* for appellants.

*John P. McGrath, Corporation Counsel (Fred Iscol* and *Seymour B. Quel* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

BRADLEY DELEHANTY, as Surviving Trustee for Certificate Holders of Guarantee No. 171,038 of the Bond and Mortgage Guarantee Company under a Declaration of Trust Dated the 1st Day of June, 1936, Appellant, *v.* MORRIS WALZER et al., Respondents.

Argued November 22, 1948; decided January 6, 1949.

